UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-02519-AH (KESx) | Date | September 17, 2025 |
| Title | *Noel Yaqo v. Home Depot U.S.A., Inc., et al.* | | |

Present: The Honorable    Anne Hwang, United States District Judge

| | |
|---|---|
| Yolanda Skipper | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION**

On July 23, 2025, the Court received notice of the passing of Plaintiff's counsel, who was a solo practitioner.  Dkt. No. 14.  That notice indicated that counsel for Defendant was informed by Plaintiff's son that he intends to proceed in this matter pro se. *Id*.  On August 1, 2025, the Court directed Defense counsel to (a) confer with former Plaintiff's counsel's staff to determine if another attorney would be substituting in or (b) confer with Plaintiff directly, consistent with Defense counsel's ethical obligations, to inform Plaintiff to file a Form-G001 with the Court if Plaintiff sought to represent himself.  Dkt. No. 15.  On August 15, 2025, Defendant filed a status report that Defense counsel repeatedly attempted to reach Plaintiff's former counsel's office but received a voice message stating that no attorney was assigned to the office.  Dkt. No. 16.  In addition, Defendant states that it provided notice to Plaintiff, through Plaintiff's son, of the need for Plaintiff to file a Form G-001 with the Court. *Id*.  As of yet, no substitution of counsel has occurred for Plaintiff, and Plaintiff has not made an appearance on his own behalf or otherwise provided his information to the Court.

As a result, Plaintiff is **ORDERED TO SHOW CAUSE** in writing, by no later than **thirty (30) days**, why this action should not be dismissed for lack of

prosecution.  As an alternative to a written response by Plaintiff(s), the Court will consider the filing of one of the following as an appropriate response to this Order to Show Cause, on or before the above date, as evidence that the matter is being prosecuted diligently:

- A Form G-001; or
- A notice of appearance or substitution of counsel for Plaintiff.

Defendant is **DIRECTED** to serve this Order to Show Cause upon Plaintiff and file a notice of compliance with this direction within seven (7) days.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the **dismissal** of this action.

**IT IS SO ORDERED.**