UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS6

| Case No. | CV 24-2519-AH(KESx) | Date | NOVEMBER 26, 2025 |
|---|---|---|---|
| Title | Noel Yaqo v. Home Depot U.S.A., Inc. et al | | |

Present: The Honorable  ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  
None Present

Attorneys Present for Defendants:  
None Present

**Proceedings:**   **IN CHAMBERS - DISMISSAL OF ACTION FOR LACK OF PROSECUTION**

Plaintiff filed a Complaint with the Court on November 18, 2024. On September 17, 2025, the Court issued an Order to Show Cause Re: Dismissal for lack of prosecution.

Plaintiff was to respond to the Court's Order to Show Cause no later than October 17, 2025.

As of the date of this Order, Plaintiff has not responded to the Court's Order to Show Cause. Accordingly, this action is hereby **DISMISSED** without prejudice. All hearing dates are taken of calendar and vacated.

IT IS SO ORDERED.

cc: all parties